**ORIGINAL**

**FILED**

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0148

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0148

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER M. QUERFURTH,

Defendant and Appellant.

**FILED**

SEP 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Christopher M. Querfurth filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Querfurth responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have considered the arguments raised by counsel and by Querfurth. We conclude no arguments with potential legal merit can be raised on direct appeal.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Querfurth personally.

DATED this ____ day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2